GEORGE W. MILLER

v.

VICTOR K. GLASS.

*Filed at Ottawa November 13, 1886.*

BILL OF EXCEPTIONS—*when necessary—presumption from its absence.*
Where the record contains no bill of exceptions showing the evidence heard
on the trial of a cause, it will be presumed that the evidence was ample to
sustain the judgment of the court below. It devolves on the party alleging
error to make it appear.

APPEAL from the Appellate Court for the First District;—
heard in that court on writ of error to the Superior Court of
Cook county.

Mr. GEORGE W. MILLER, *pro se.*

Mr. WILLIAM GARNETT, Jr., for the appellee.

Per CURIAM: This is an appeal from a judgment of the
Appellate Court, affirming a judgment of the Superior Court
of Cook county. It is claimed that the debt upon which the
judgment was founded was paid and discharged before the
judgment was rendered. The record contains no bill of ex-
ceptions, and we have no means of knowing what the proof
was in the Superior Court, where the judgment was rendered.
We will, however, in the absence of a bill of exceptions show-
ing what the evidence was, presume that the evidence was
ample to sustain the judgment. It always devolves upon a
party alleging error, to make it appear.

No error whatever appears upon this record, and the judg-
ment will be affirmed.

*Judgment affirmed.*